**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTHONY SCIACCA, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED ,**

        **Plaintiffs,**

**-vs-**              Case No.  6:12-cv-1255-Orl-28DAB

**VECTORWORKS MARINE, LLC,**

        **Defendant.**

_____

# ORDER

This case is before the Court on the Motion to Dismiss Plaintiff's Complaint (Doc. 13) filed by Defendant.  The United States Magistrate Judge has submitted a Report (Doc. 30) recommending that the motion be granted and that Plaintiff be granted leave to file an amended complaint.

After a review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed  (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 13) is **GRANTED**.  The Complaint (Doc. 1) is **DISMISSED without prejudice** and with leave to amend.  Plaintiff may file an amended complaint **on or before Friday, March 8, 2013.  Failure to file an amended complaint by**

**this deadline may result in dismissal of this case**.

**DONE** and **ORDERED** in Orlando, Florida this 22nd day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record