# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY SCIACCA, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED ,**

           **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No.  6:12-cv-1255-Orl-28DAB**

**VECTORWORKS MARINE, LLC,**

           **Defendant.**

_____

## ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. No. 37) filed April 10, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the parties' notice of no objection to the Report and Recommendation (Doc. No. 39), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 19, 2013 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 37) is **GRANTED**.  The settlement is accepted by the Court as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. This case is dismissed with prejudice.

4.	The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of May, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record